**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Straight Path IP Group, Inc.   v.   Sipnet EU S.R.O.

No. 15-1212

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for:   Straight Path IP Group, Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name:                William A. Meunier
Law firm:            Mintz Levin Cohn Ferris Glovsky and Popeo PC
Address:             One Financial Center
City, State and ZIP: Boston, MA 02111
Telephone:           (617) 348-1845
Fax #:               (617) 542-2241
E-mail address:      WAMeunier@mintz.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 10, 1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 12, 2015                    /s/ William A. Meunier
Date                                Signature of pro se or counsel

cc: Pavel I. Pogodin

# United States Court of Appeals for the Federal Circuit

*Straight Path IP Group, Inc. v. Sipnet EU S.R.O.*, 2015-1212

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., Attorneys for Appellant to print this document. I am an employee of Counsel Press.

On **January 12, 2015,** counsel for Appellant has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

```
Pavel Pogodin
Transpacific Law Group
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
650-469-3750.
pavel@transpacificlaw.com
```

A paper copy will also be mailed to the above counsel on this date.

January 12, 2015                                            /s/ Robyn Cocho
                                                            Robyn Cocho

Counsel Press